# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00357-CV
_____

### BRIDGETTE KELLAR, Appellant

### V.

### ROGER DENTON DOWDEN, Appellee

_____

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV32290**

_____

## MEMORANDUM OPINION

The trial court signed a final judgment on July 19, 2019. Bridgette Kellar filed a notice of appeal but failed to file a brief. On February 14, 2020, we notified the parties that the brief had not been filed and that the appeal would be submitted without briefs unless we received the brief and a motion for extension of time within ten days. On March 4, 2020, we notified the parties that the appeal would be

1

submitted to the Court on March 25, 2020, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 25, 2020
Opinion Delivered April 9, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.